■
## J. W. GIRDNER v. STATE.
### No. 15037.

Court of Criminal Appeals of Texas.
March 16, 1932.

H. G. Tooker, of Gilmer, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for forgery; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

■
## Charlie JAMES v. STATE.
### No. 15223.

Court of Criminal Appeals of Texas.
March 30, 1932.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for robbery; punishment, eight years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

■
## E. M. JONES v. STATE.
### No. 15214.

Court of Criminal Appeals of Texas.
March 30, 1932.

T. H. Briggs, of Gilmer, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for abandonment of wife; punishment, a fine of $50 and thirty days in the county jail.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

■
## Red JONES v. STATE.
### No. 15228.

Court of Criminal Appeals of Texas.
March 9, 1932.

R. E. Bozeman, of Quitman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for manufacturing intoxicating liquor, punishment being one year in the penitentiary.

Appellant has filed with this court his affidavit advising that he desires to withdraw his appeal, and at his request the same is dismissed.